# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARJORIE MAUPIN,

                Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

_____/

Case No.  1:16-cv-00722-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 3)

## ORDER

Plaintiff Marjorie Maupin filed a complaint on May 23, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **May 25, 2016**            /s/ *Sheila K. Oberto*

                                 UNITED STATES MAGISTRATE JUDGE