1

2

KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

3

4

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

5

Attorney for Plaintiff

6

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

FRESNO DIVISION

10

11

MARJORIE MAUPIN,

12

Plaintiff,

Case # 1:16-CV-00722-SKO

13

vs.

ORDER GRANTING STIPULATED
EXTENSION OF TIME

14

COMMISSIONER OF SOCIAL SECURITY

15

Defendant.

16    The parties hereby stipulate by counsel and in accordance with the scheduling order

17   Plaintiff shall have a second extension of time to file Plaintiff's confidential brief.  Due to a

18   typographical error, Plaintiff's counsel had the due date written down as 2/14/16 rather than

19   12/14/16.  Plaintiff's counsel did not notice this error until she began work on the confidential

20   brief and noticed that the year was incorrect, leading to the discovery of the error.  The

21   confidential brief was served upon opposing counsel on February 13, 2017. Plaintiff's counsel is

22   genuinely apologetic for this error and will strive to not let it occur in the future.  Confidential

23

Page 1       STIPULATION AND ORDER
             [1:16-CV-00722-SKO]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

1

Brief shall now be due on February 13, 2017.

2

     The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

3

Dated February 13, 2017:       /s/ Kelsey M Brown

4

                            KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC

5

                            1003 Whitman
Tacoma, WA 98406

6

                            (206) 300-9063
Attorney for Plaintiff

7

8

Dated February 13, 2017:       s/ KELSEY M. BROWN for Jennifer Tarn
JENNIFER TARN

9

                            (per e-mail authorization)
Special Assistant U.S. Attorney

10

                            Office of the General Counsel

11

                            Of Attorneys for Defendant

12

13

**ORDER**

14

     Based on the parties' above-stipulation (Doc. 13), and for good cause under Fed. R. Civ.

15

P. 16(b)(4) shown, IT IS HEREBY ORDERED that Plaintiff is granted a second extension of

16

time, up to and including February 13, 2017, to file her Confidential Letter Brief.

     All other deadlines set forth in the Scheduling Order (Doc. 6) are modified accordingly.

17

18

IT IS SO ORDERED.

19

Dated:   **February 22, 2017**             /s/ *Sheila K. Oberto*

20

                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063