# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARJORIE MAUPIN,

               Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

_____/

Case No.  1:16-cv-00722-SKO

**ORDER GRANTING EXTENSION**

**(Doc. 17)**

Before the Court is the parties' joint Stipulated Extension of Time (the "Request"), in which the parties request an extension for Plaintiff to file her opening brief.  (Doc. 17.)  For good cause shown, the Court GRANTS the Request.  (*Id.*)  Accordingly, the Court ORDERS that Plaintiff may file her opening brief by no later than May 19, 2017.  The Court further ORDERS that the remaining dates in the Scheduling Order for this case, (Doc. 6), are modified to accord with this extension.

IT IS SO ORDERED.

Dated:  **April 20, 2017**                                   /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE