# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE MAUPIN,<br><br>           Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant.<br>_____/ | Case No. 1:16-cv-00722-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>**(Doc. 19)** |

     Before the Court is the parties' joint Stipulated Extension of Time (the "Request"). (Doc. 19.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS that the deadline for Plaintiff to file her opening brief is extended to May 22, 2017. The Court further ORDERS that the remaining deadlines in this matter shall be modified to accord with the extension provided in this Order.

IT IS SO ORDERED.

Dated:   **May 24, 2017**                                 /s/ *Sheila K. Oberto*        
                                                          UNITED STATES MAGISTRATE JUDGE