PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARJORIE MAUPIN,<br><br>          Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security,<br><br>          Defendant. | Case No. 1:16-cv-00722-SKO<br><br>**UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME; ORDER GRANTING IN PART**<br><br>**(Doc. 22)** |

     IT IS HEREBY STIPULATED, by and between Marjorie Maupin (Plaintiff) and

Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and

through their respective counsel of record, that Defendant shall have an extension of

time of forty-five (45) days to file her Opposition to Plaintiff's Opening Brief. The

current due date is June 21, 2017. The new date will be August 7, 2017. An extension

of time is needed because the attorney responsible for briefing this case had to take leave

in March and April due to surgery and is continuing to work through a backlog of cases. This request is made in good faith with no intention to unduly delay the proceedings.

This is the first extension of time requested by Defendant in the above-captioned matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, such that Plaintiff's reply shall be due

Respectfully submitted,

Date: June 9, 2017          By:    */s/ Kelsey Mackenzie Brown**
                                   KELSEY MACKENZIE BROWN
                                   Attorney for Plaintiff
                                   (*As authorized by e-mail on June 9, 2017)


Date: June 9, 2017                 PHILLIP A. TALBERT
                                   United States Attorney

                           By:    */s/ Jennifer Lee Tarn*
                                   JENNIFER LEE TARN
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant


**ORDER**

Before the Court is the above "Unopposed Motion for First Extension of Time" (the "Motion"), in which Defendant requests, and Plaintiff stipulates to, "an extension of forty-five (45) days to file her Opposition to Plaintiff's Opening Brief." (Doc. 22.) The Court finds that an extension is warranted. However, the Court is not persuaded that an extension of forty-five days is appropriate.

Accordingly, the Court GRANTS the Motion in part, and ORDERS that:

(1) Defendant may file her opposition to Plaintiff's opening brief by no later than July 21, 2017; and

(2) Plaintiff may file her optional reply brief by no later than August 7, 2017.

The Court CAUTIONS the parties that it will not entertain any further requests for extensions in this matter.


IT IS SO ORDERED.

Dated:   **June 13, 2017**                         /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE